# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

U.S. COURT OF APPEALS
RECEIVED
FEB 2 8 2005
NEW ORLEANS, LA.

February 22, 2005

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 Camp Street, Room 100
New Orleans, LA 70130

U.S. COURT OF APPEALS
**F I L E D**

MAR 0 2 2005

CHARLES R. FULBRUGE III
CLERK

Re:  Norma McCorvey, fka Jane Roe
v. William "Bill" Hill, Dallas County District Attorney
No. 04-967
(Your No. 03-10711)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk


U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 2 2005

CLERK, U.S. DISTRICT COURT
By
Deputy